# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| CARADY HINTON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:24-CV-0021 PLC |
| RANDOLPH COUNTY, MISSOURI, | ) |
| RANDOLPH COUNTY MISSOURI SHERIFF'S OFFICE, | ) |
| ELDON GRISSOM, | ) |
| ADAIR COUNTY, MISSOURI, | ) |
| ADAIR COUNTY MISSOURI SHERIFF'S OFFICE, | ) |
| AARON WILSON, | ) |
| CURTIS STILL, | ) |
| and | ) |
| JANE AND JOHN DOES, | ) |
| Defendants. | ) |

**ORDER**

The Court having been advised by the Alternative Dispute Resolution Neutral that the above action has been settled:

**IT IS HEREBY ORDERED** that all case deadlines in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that, due to the parties' reported settlement of this matter, the Randolph County Defendants' Motion to Dismiss [ECF No 33], Defendant Eldon Grissom's Motion for Judgment on the Pleadings [ECF No. 46], and Defendant Adair County's Motion for Judgment on the Pleadings [ECF No. 48] are **DENIED without prejudice.**

**IT IS FINALLY ORDERED** that counsel shall file within sixty (60) days from the date of this Order, a stipulation for dismissal, motion for leave to voluntarily dismiss the case, or proposed consent judgment. Failure to timely comply with this Order may result in the dismissal of the action with prejudice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of January, 2025