UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| CARADY HINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:24-CV-0021 PLC |
| | ) | |
| RANDOLPH COUNTY, MISSOURI, | ) | |
| | ) | |
| RANDOLPH COUNTY MISSOURI SHERIFF'S OFFICE, | ) | |
| | ) | |
| ELDON GRISSOM, | ) | |
| | ) | |
| ADAIR COUNTY, MISSOURI, | ) | |
| | ) | |
| ADAIR COUNTY MISSOURI SHERIFF'S OFFICE, | ) | |
| | ) | |
| AARON WILSON, | ) | |
| | ) | |
| CURTIS STILL, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JANE AND JOHN DOES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [ECF No. 54] The parties stipulate to dismissal with prejudice of the action, with each party to bear his or its own costs and expenses. After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendants is **DISMISSED with prejudice**.

*Patricia L. Cohen*
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of April, 2025.